UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOEL E. CHANDLER, DEBORAH S. CHANDLER,
ROBERT S. CHANDLER, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                                           CASE NO: 8:11-cv-262-T-26EAJ

STEPHANIE C. KOPELOUSOS, in her official
capacity as Secretary of the Florida Department
of Transportation, FANEUIL, INC., STEPHANIE
C. KOPELOUSOS, KEVIN J. THIBAULT,
RICHARD D. NELSON, RON RUSSO,
BILL GRIMM, DENISE GARCIA, MILISSA
BURGER, and FRANKIE A. COOK,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) The Defendants' Joint Motion to Stay Proceedings Pending Appeal (Dkt. 49) is granted.

2) All proceedings in this case, including discovery, are stayed pending the outcome of Defendants' interlocutory appeal of the issue of qualified immunity to the Eleventh Circuit Court of Appeals.

3) Defendants are directed not to destroy or alter in any manner, as well as to preserve, all documents relevant to this case during the pendency of the case.

4) The Clerk is directed to administratively close this case during the pendency of the stay.

**DONE AND ORDERED** at Tampa, Florida, on June 3, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record